1  PAMELA E. COGAN (SBN 105089)
   ALEXIS F. KENT (SBN) 267800
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email: pcogan@rmkb.com, akent@rmkb.com
5
   Attorneys for Defendant and Counterclaimant,
6  LIBERTY MUTUAL FIRE INSURANCE COMPANY

7  WILLIAM F. FLAHAVAN (SBN 50506)
   FLAHAVAN LAW OFFICES
8  19528 Ventura Blvd. #528
   Tarzana, CA 91356-2917
9  Telephone:    (818) 708-7894
   Facsimile:    (818) 344-8007
10 Email: flahavanlaw@aol.com

11 Attorneys for Plaintiff and Counter-Defendant,
   PHILLIP DAVID STEARS
12
                UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14
                   SAN FRANCISCO DIVISION
15

| | |
|---|---|
| PHILLIP DAVID STEARS,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No: CV 11-1312 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Counterclaimant and Defendant,<br><br>v.<br><br>PHILLIP DAVID STEARS,<br><br>Counter-Defendant. | |

RC1/6058774.1/AFK

STIP AND [PROPOSED] ORDER TO CONTINUE
CMC, CASE NO. CV 11-1312 WHA

**WHEREAS**, there is a Case Management Conference set in this matter for July 7, 2011 at 3:00 p.m.;

**WHEREAS**, Plaintiff PHILLIP STEARS ("Plaintiff") and Defendant LIBERTY MUTUAL INSURANCE FIRE INSURANCE COMPANY ("Liberty Mutual") reached a global settlement in principle in conjunction with settlement of *State Farm General Insurance Company v. Phillip Stears*, Sonoma County Superior Court Case No. SCV 247905, the underlying action giving rise to the instant action on June 30, 2011;

**WHEREAS**, the settlement has been confirmed with the other insurer for Stears as of July 5, 2011 and the parties anticipate that a stipulation for dismissal can be filed in this action within the next 30 days;

It is hereby stipulated by and between Plaintiff and Liberty Mutual, through their respective attorneys of record, that in light of the settlement of this action, that the parties request the Court continue the Case Management Conference currently set for July 7, 2011 at 3:00 p.m. for a period of 45 days and hereby request that the court do so.

**IT IS SO STIPULATED.**

Dated: July 5, 2011                                    FLAHAVAN LAW OFFICES

By: *William F. Flahavan*
WILLIAM F. FLAHAVAN
Attorneys for Plaintiff, PHILLIP DAVID STEARS

Dated: July 5, 2011                                    ROPERS, MAJESKI, KOHN & BENTLEY

By: *Pamela E. Cogan*
PAMELA E. COGAN
ALEXIS F. KENT
Attorneys for Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY

///

///

1  ///

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, the Case Management Conference set for July 7, 2011 at 3:00 p.m. is continued to ~~August 23, 2011 at 3:00 p.m.~~ August 4, 2011, at 3:00 p.m.

THERE WILL BE NO FURTHER CONTINUANCES.

Dated: July 6, 2011

_____
Hon. William H. Alsup

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City